FILED
December 15, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:05-cr-475LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| Peter Thomas Harrell, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Peter Thomas Harrell Case No. 2:05-cr-475 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _\_\_   Release on Personal Recognizance

    _\_\_   Bail Posted in the Sum of _____

      X    $5,000 Unsecured Appearance Bond

    _\_\_   Appearance Bond with 10% Deposit

    _\_\_   Appearance Bond secured by Real Property

    _\_\_   Corporate Surety Bail Bond

      X    (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on December 15, 2005  at 2:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge