DENNIS S. WAKS, Bar #142581
Acting Federal Defender

DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER THOMAS HARRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-475-LKK |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING HEARING |
| v. ) | |
| ) | |
| PETER THOMAS HARRELL, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

This matter was before the court on January 10, 2006 for status hearing. The government was represented by it's counsel, Matthew Stegman, Assistant United States Attorney, and defendant, Peter Thomas Harrell, was represented by his counsel, Daniel J. Broderick, Chief Federal Defender.

Defense counsel indicated he had recently received discovery and requested additional time to review it.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to February 14, 2006 at 9:30 a.m. for further Status Conference.

1  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2  (iv) and Local Code T4, the period from January 10, 2006 to
3  February 14, 2006 is excluded from the time computations required by
4  the Speedy Trial Act due to ongoing preparation of counsel.
5  Dated: January 17, 2006

                                    /s/ Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
                                    Senior, United States District Judge