1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2  DANIEL J. BRODERICK, Bar #89424
   Chief Assistant Federal Defender
3  801 1 Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   PETER T. HARRELL

   IN THE UNITED STATES DISTRICT COURT

   FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S 05-475-LKK |
| Plaintiff, | |
| | (RELATED CASE ORDER) |
| v. | |
| PETER T. HARRELL, | |
| Defendant. | |
| _____ | |
| PETER T. HARRELL | |
| | NO.  CIV S 05-1784-DFL-CMK |
| Plaintiff, | |
| v. | |
| MARK MONTGOMERY, Jr, et al., | |
| Defendants. | |
| _____ | |

Examination of the above-entitled actions reveal that they are related within the meaning of Local Rule 83-123(a)(E.D. Cal. 2005). The actions involve the same property transaction or event, similar questions of fact and similar questions of law, and would therefore

1  entail a substantial duplication of labor if heard by different judges.
2  Accordingly, the assignment of the matters to the same judge is likely
3  to effect a substantial savings of judicial effort and is also likely
4  to be convenient for the parties.

5  IT IS THEREFORE ORDERED that the action denominated, Civ. S-05-
6  1784-DFL-CMK is reassigned to Judge Lawrence K. Karlton for all further
7  proceedings, and any dates currently set in this reassigned case only
8  are hereby VACATED.  Henceforth, the caption on the documents filed in
9  this reassigned case shall be shown as **Peter T. Harrell v. Mark
10 Montgomery, Jr., et al.**, **Civ.S. 05-1784-LKK**.

11 IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
12 adjustment in the assignment of this criminal case to compensate for
13 this reassignment.

14 IT IS SO ORDERED.

15 DATED: January 17, 2006          /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
16                                  United States District Judge

2