DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
PETER T. HARRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>             Plaintiff,         )<br>                                )<br>     v.                         )<br>                                )<br>PETER T. HARRELL,               )<br>                                )<br>             Defendant.         )<br>                                )<br>_____) | No. CR-S-05-475 LKK<br><br>STIPULATION AND ORDER<br>EXCLUDING TIME<br><br>Date:  March 21, 2006<br>Time:  9:30 a.m.<br>Judge: Lawrence K. Karlton |

　　　　This Court currently has scheduled a status conference in this case for Wednesday, February 22, 2006.  The current status is that the government has released extensive discovery to the defense and a copy of this discovery has been forwarded to Mr. Harrell for his review.  This discovery includes memoranda of opinion from an expert witness concerning both the improper use of dish network receivers and the estimated loss from such improper use.  The defense needs additional time to locate an expert witness to provide a second opinion on this evidence.  In addition, the defense needs additional time to examine the discovery to see if the case warrants any pre-trial motions.

　　　　Accordingly, the parties, through their respective counsel, stipulate and agree that the status conference in this case be

1  continued from February 22, 2006, until March 21, 2006, at 9:30 a.m.
2  The parties further stipulate that the time period between February 14,
3  2006, and March 21, 2006 be excluded under the Speedy Trial Act (18
4  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on the need for
5  defense preparation.
6  Dated: February 21, 2006           Respectfully submitted,
7
8
                                      /s/ Daniel J. Broderick
9                                     _____
                                      DANIEL J. BRODERICK
10                                    Acting Federal Defender
                                      Attorney for Defendant
11                                    PETER T. HARRELL
12
   Dated: February 21, 2006           MCGREGOR W. SCOTT
13                                    United States Attorney
14
                                      /s/ Daniel J. Broderick for
15                                    _____
                                      MATTHEW STEGMAN
16                                    Attorneys for Plaintiff
17                      ------------
18     IT IS HEREBY ORDERED that the status conference in this case be
19  continued from February 22, 2006, until March 21, 2006 at 9:30 a.m.,
20  and the time period between February 14, 2006 and March 21, 2006 be
21  excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and
22  Local Code T4), based on defense preparation.
23  Dated:  February   21, 2006
24                                     /s/ Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
25                                     United States District Judge
26
27
28

Stipulation and Order                 2