1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California  95814
   Telephone (916) 498-5700
4
   Attorney for Defendant
5  PETER T. HARRELL

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    No. CR-S-05-475 LKK
                                )
11               Plaintiff,     )
                                )    STIPULATION AND ORDER SETTING
12      v.                      )    MOTIONS SCHEDULE, EXCLUDING
                                )    TIME, AND
13 PETER T. HARRELL,            )    STAYING RELATED CIVIL CASE
                                )
14               Defendant.     )
                                )    Judge: Lawrence K. Karlton
15 _____)

16

17      On March 21, 2006, this Court conducted a status conference in

18 this case.  At that conference the parties stipulated and agreed to the

19 following motions schedule:

20      Motions to be filed by April 25, 2006;

21      Opposition to be filed by May 16, 2006;

22      Reply to be filed by May 23, 2006; and

23      Hearing on the motions on June 6, 2006.

24 This Court further ordered that if the parties anticipate an

25 evidentiary hearing, to notify the Court of this fact prior to June 6.

26      The parties further stipulated that the time period between March

27 21, 2006, and April 25, 2006 be excluded under the Speedy Trial Act (18

28 U.S.C. §3161(h)(8)(B)(iv)and Local Code T4), based on the need for

1  defense preparation.  The parties further agree that the time period
2  after April 25, 2006, until resolution of the filed motions, shall be
3  excluded under 18 U.S.C. §3161(h)(1)(F) and Local Code E.
4  A proposed order reflecting this is attached.
5       On January 17, 2006, this Court signed a related case order,
6  relating civil case Harrell v. Montgomery, et al., No. CV 05-1784-LKK
7  to the instant criminal case.  In that same order, this Court vacated
8  all activity dates previously assigned in the civil case.  The parties
9  stipulate and agree to continue this stay of the related civil case
10 under further order from this Court.
11 Dated: March 21, 2006                Respectfully submitted,
12
13
                                        /s/ Daniel J. Broderick
14                                      _____
                                        DANIEL J. BRODERICK
15                                      Acting Federal Defender
                                        Attorney for Defendant
16                                      PETER T. HARRELL
17
   Dated: March 21, 2006                MCGREGOR W. SCOTT
18                                      United States Attorney
19
                                        /s/ Daniel J. Broderick for
20                                      _____
                                        MATTHEW STEGMAN
21                                      Attorneys for Plaintiff
22                       ------------
23      IT IS HEREBY ORDERED that, pursuant to the stipulation of the
24 parties, entered on March 21, 2006, the following motions schedule is
25 set in this case:
26      Motions to be filed by April 25, 2006;
27      Opposition to be filed by May 16, 2006;
28      Reply to be filed by May 23, 2006; and

Stipulation and Order                 2

1  Hearing on the motions on June 6, 2006.
2  This Court further orders that if the parties anticipate an evidentiary
3  hearing, they shall notify the Court of this fact prior to June 6.
4  IT IS FURTHER ORDERED that the time period between March 21, 2006,
5  and April 25, 2006 be excluded under the Speedy Trial Act (18 U.S.C.
6  §3161(h)(8)(B)(iv)and Local Code T4), based on the need for defense
7  preparation.  The time period after April 25, 2006, until resolution of
8  the filed motions, shall also be excluded under 18 U.S.C.
9  §3161(h)(1)(F) and Local Code E.
10  IT IS FURTHER ORDERED that, pursuant to the stipulation of the
11  parties, the related civil action, Harrell v. Montgomery, et al., No.
12  CV 05-1784-LKK, shall remain stayed pending resolution of the motions
13  filed in this case.
14  Dated:  March 23, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge