```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO. CR.S-05-475 LKK |
| ) | |
| Plaintiff,    ) | STIPULATION AND ORDER TO |
| ) | CONTINUE MOTION SCHEDULE |
| v.    ) | |
| ) | |
| PETER T. HARRELL,    ) | DATE: June 13, 2006 |
| ) | TIME: 9:30 a.m. |
| Defendant.    ) | COURT: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

   Plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Stegman, and defendant Peter T. Harrell, through his counsel of record, Daniel Broderick, agree and stipulate that to allow the United States time to obtain documents necessary to respond to the motions filed by the defendant, the instant motion schedule shall be modified as follows: The government's responses will be due by May 23, 2006, any defendant's replies due by May 30, 2006, and

///

///

///

1

the non-evidentiary hearing shall be set for June 13, 2006, at 9:30 a.m.[1]

Time is currently being excluded pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv), Local Code T4 for the preparation and filing of motions until the 7/24/06 hearing date under the original motion schedule. The parties agree that time may be excluded pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv), Local Code T4 until the later of the day of the new motion hearing date, June 13, 2006, or such time as the Court rules on the motions filed by the parties.

Dated: May 12, 2006            McGREGOR W. SCOTT
                               United States Attorney

                                 /s/ Matthew Stegman
                               MATTHEW STEGMAN
                               Assistant U.S. Attorney


Dated: May 12, 2006             /s/ Daniel J. Broderick
                               DANIEL J. BRODERICK
                               Acting Federal Defender
                               Counsel for Defendant

**IT IS SO ORDERED**.

Dated: May 15, 2006            /s/ Lawrence K. Karlton
                               Hon. Lawrence K. Karlton
                               United States District Judge

---

[1] The current motion schedule is: Government oppositions due May 16, 2006, defendant's responses due May 23, 2006, and a non-evidentiary hearing on June 6, 2006.

2