```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2793
 5
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. CR.S-05-475 LKK
                                )
12              Plaintiff,      )  STIPULATION AND ORDER TO
                                )  CONTINUE MOTION SCHEDULE
13       v.                     )
                                )
14  PETER T. HARRELL,           )  DATE: June 13, 2006
                                )  TIME: 9:30 a.m.
15              Defendant.      )  COURT: Hon. Lawrence K. Karlton
                                )
16  _____ )
17
```

18       Plaintiff United States of America, through its counsel,
19  Assistant United States Attorney Matthew Stegman, and defendant
20  Peter T. Harrell, through his counsel of record, Daniel
21  Broderick, agree and stipulate that to allow the United States
22  time to obtain documents necessary to respond to the motions
23  filed by the defendant, the instant motion schedule shall be
24  modified as follows: The government's responses will be due by
25  May 30, 2006, any defendant's replies due by June 6, 2006, and
26  ///
27  ///
28  ///

1 the non-evidentiary hearing shall be set for June 13, 2006, at
2 9:30 a.m.[1]  The government has ordered a transcript of
3 proceedings in the Siskiyou County Superior Court, and is still
4 awaiting the transcript.  The government believes this transcript
5 is necessary to properly respond to both motions filed by the
6 defendant.
7     Time is currently excluded pursuant to 18 U.S.C. §3161 (h)
8 (8) (B) (iv), Local Code T4 for the preparation and filing of
9 motions until the June 13, 2006.

10 Dated: May 22, 2006                 McGREGOR W. SCOTT
                                       United States Attorney

12                                       /s/ Matthew Stegman
                                       MATTHEW STEGMAN
13                                     Assistant U.S. Attorney

15 Dated: May 22, 2006                  /s/ Daniel J. Broderick
                                       DANIEL J. BRODERICK
16                                     Acting Federal Defender
                                       Counsel for Defendant

18 **IT IS SO ORDERED**.

20     Dated: May 24, 2006             /s/ Lawrence K. Karlton
                                       Hon. Lawrence K. Karlton
                                       United States District Judge

---

[1] The current motion schedule is: Government oppositions due May 23, 2006, defendant's responses due May 30, 2006, and a non-evidentiary hearing on June 13, 2006.