DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
PETER T. HARRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-475 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING MOTIONS SCHEDULE |
| | ) | |
| PETER T. HARRELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On April 25, 2006, Defendant Peter Harrell filed a motion to suppress in this case.  On May 31, 2006, the United States filed an opposition.  The defense reply was previously scheduled to be filed by June 6, 2006, and a non-evidentiary motions hearing scheduled for June 13, 2006, at 9:30 a.m.  The Defense needs additional time to file its reply and counsel for both parties need to reschedule the motions hearing for a different date.  Thus, the parties have stipulated and agreed that the current motions schedule and hearing date be vacated and the motions schedule be modified as follows:

    Defense reply to be filed by June 30, 2006;

    Non-Evidentiary Hearing on Tuesday, July 25, 2006 at 9:30 a.m.

    This Court has previously ordered that if the parties anticipate

1  an evidentiary hearing, to notify the Court of this fact prior to the
2  hearing.  After the filing of Defendant's reply, counsel for both
3  parties will confer and notify the court as ordered prior to July 25.
4      The parties further stipulate that the time period until
5  resolution of the motion shall remain excluded under the Speedy Trial
6  Act (18 U.S.C. §3161(h)(8)(B)(iv)and Local Code T4), under 18 U.S.C.
7  §3161(h)(1)(F) and Local Code E.
8      A proposed order reflecting this is attached.

10 Dated: June 9, 2006                    Respectfully submitted,


                                        /s/ Daniel J. Broderick
                                        _____
                                        DANIEL J. BRODERICK
                                        Federal Defender
                                        Attorney for Defendant
                                        PETER T. HARRELL

   Dated: June 9, 2006                  MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Daniel J. Broderick for
                                        _____
                                        MATTHEW STEGMAN
                                        Attorneys for Plaintiff

                        ------------

22     IT IS HEREBY ORDERED that, pursuant to the stipulation of the
23 parties, entered on June 9, 2006, the current motions schedule and
24 hearing date are hereby vacated and the following motions schedule is
25 set in this case:
26     Defense Reply re Motion to Suppress to be filed by June 30, 2006;
27     Non-evidentiary hearing on the motion on July 25, 2006.
28     THIS COURT FURTHER ORDERS that if the parties anticipate an

Stipulation and Order                   2

1  evidentiary hearing, they shall notify the Court of this fact prior to
2  July 25.
3      IT IS FURTHER ORDERED that the time period until resolution of
4  defendant's motion to suppress shall remain excluded under the Speedy
5  Trial Act pursuant to 18 U.S.C. §3161(h)(1)(F) and Local Code E, for
6  the reasons stated in the joint stipulation.

8  Dated:  June 9, 2006

             _____
             LAWRENCE K. KARLTON
             SENIOR JUDGE
             UNITED STATES DISTRICT COURT