1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California  95814
   Telephone (916) 498-5700
4
   Attorney for Defendant
5  PETER T. HARRELL

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    No. CR-S-05-475 LKK
                                )
11              Plaintiff,      )
                                )    STIPULATION AND ORDER
12     v.                       )    MODIFYING MOTIONS SCHEDULE
                                )
13 PETER T. HARRELL,            )
                                )
14              Defendant.      )
                                )
15 _____ )

16

17      On April 25, 2006, Defendant Peter Harrell filed a motion for

18 discovery of ministerial grand jury records.  The United States has

19 filed an opposition to that motion.  The defense reply was previously

20 scheduled to be filed by June 6, 2006, and a hearing scheduled for June

21 13, 2006, at 9:30 a.m.  The Defense needs additional time to file its

22 reply and counsel for both parties need to reschedule the motions

23 hearing for a different date.  Thus, the parties have stipulated and

24 agreed that the current motions schedule and hearing date be vacated

25 and the motions schedule be modified as follows:

26      Defense reply to be filed by June 30, 2006;

27      Motions Hearing on Tuesday, July 25, 2006 at 2:00 p.m., or at such

28 time as the court may schedule the hearing.

1   A proposed order reflecting this is attached.

2

3  Dated: June 9, 2006                    Respectfully submitted,

4

5
                                          /s/ Daniel J. Broderick
6                                         _____
                                          DANIEL J. BRODERICK
7                                         Federal Defender
                                          Attorney for Defendant
8                                         PETER T. HARRELL

9
   Dated: June 9, 2006                    MCGREGOR W. SCOTT
10                                        United States Attorney

11
                                          /s/ Daniel J. Broderick for
12                                        _____
                                          MATTHEW STEGMAN
13                                        Attorneys for Plaintiff

14                       ------------

15   IT IS HEREBY ORDERED that, as provided by the stipulation of the

16 parties, filed on June 9, 2006, the current motion schedule and hearing

17 date are hereby vacated and the following schedule on the pending

18 motion shall be:

19   Defense Reply re Motion for Ministerial Grand Jury Records to be

20 filed by June 30, 2006;

21   Hearing on the motion to be held on July 25, 2006, at 2:00 p.m.

22 Dated:  June 12, 2006.

23

24                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28

Stipulation and Order                     2