DANIEL J. BRODERICK, Bar #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER T. HARRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-475-LKK-KJM |
|---|---|---|
| Plaintiff, | ) | THIRD STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR DISCOVERY OF MINISTERIAL GRAND JURY RECORDS |
| v. | ) | |
| PETER T. HARRELL, | ) | |
| Defendant. | ) | Date: August 31, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

The status conference on Defendant's case was scheduled for August 8, 2006, at 9:30 a.m. The parties have stipulated and agreed to continue that hearing until Judge Karlton's next available calendar, August 29, 2006. Attorneys for plaintiff and defendant needed additional time to confer about a possible resolution of this case and a companion civil case.

If a resolution is reached, this would necessarily moot the issues raised by Defendant's Motion for Grand Jury Records.

The parties, through their respective counsel, hereby stipulate and agree that the current hearing on Defendant's Grand Jury Disclosure Motion should be continued from August 17, 2006, to August 31, 2006, at 10:00 a.m. The parties further agree that, in the event a decision is

reached that moots the issues raised in this motion, defendant Peter Harrell shall voluntarily withdraw his motion and the parties shall notify this court of this fact in advance of the August 31, 2006, hearing.  The parties also stipulate and agree that the time period from August 8, 2006, until August 31, 2006, shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(1)(F) and Local Code E, due to the pendency of defendant's pretrial motion.

A proposed order reflecting this agreement is attached.

Dated: August 10, 2006           Respectfully submitted,


                                 /s/ Daniel J. Broderick
                                 _____
                                 DANIEL J. BRODERICK
                                 Federal Defender
                                 Attorney for Defendant
                                 PETER T. HARRELL

Dated: August 10, 2006           MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Daniel J. Broderick for
                                 _____
                                 MATTHEW STEGMAN
                                 Attorneys for Plaintiff

------------

IT IS HEREBY ORDERED that, in response to the stipulation of the parties, entered on August 10, 2006, the current hearing date on Defendant's Motion for Disclosure of Ministerial Grand Jury Records is hereby vacated and the hearing shall be scheduled for August 29, 2006, at 10:00.  If defendant's motion is withdrawn, the parties shall notify this court of this fact well in advance of the August 29, 2006, hearing.  No further requests for extension of time of hearing of the motion will be
/////

granted if they are filed less than 24 hours before hearing.  <u>See</u> L.R. 6-144.

    IT IS FURTHER ORDERED that the time period from August 10, 2006, until August 29, 2006, shall be excluded under the Speedy Trial Act, under 18 U.S.C. §3161(h)(1)(F) and Local Code E, due to the pendency of defendant's pretrial motion.

Dated:  August 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE