McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER THOMAS HARRELL, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. S-05-475 LKK <br><br><br><br> MOTION TO DISMISS <br> INDICTMENT; ORDER |

Plaintiff United States of America, by and through its undersigned counsel, pursuant to Rule 48(a), Fed. R. Crim. P., submits this motion to dismiss without prejudice the indictment filed in this case against PETER THOMAS HARRELL on November 3, 2005.

DATED: December 5, 2006         McGREGOR W. SCOTT
                                United States Attorney

                        By:  /s/ Matthew C. Stegman
                             MATTHEW C. STEGMAN
                             Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: December 6, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT