1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    801 I Street, 3rd Floor
     Sacramento, California 95814
3    Telephone:  (916) 498-5700

4    Attorney for Defendant
     PETER T. HARRELL

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )      NO. CR-S-05-475-LKK
                                    )
12                  Plaintiff,      )      STIPULATION RE RETURN OF PROPERTY;
                                    )      ORDER SETTING STATUS
13             v.                   )      CONFERENCE
                                    )
14   PETER T. HARRELL,              )
                                    )
15                  Defendant.      )      Judge: Hon. Lawrence K. Karlton
                                    )
16   _____)

17

18        On June 30, 2008, the Ninth Circuit affirmed in part and reversed in

19   part this court's prior order regarding Mr. Harrell's motion for return

20   of property in this case.  The mandate has now issued in that case.  The

21   Ninth Circuit remanded this case for further proceedings, consistent with

22   that opinion.

23        The parties stipulate to an order for return of property consistent

24   with the Ninth Circuit opinion as follows:

25        The following property is to be returned to Mr. Harrell:

26        001SW, 002SW, 003SW, 004SW, 005SW, 006SW, 007SW, 008SW, 009SW,
          011SW, 012SW, 013SW, 014SW, 015SW, 016SW, 017SW, 019SW, 023SW,
27        024SW, 025SW, 026SW, 027SW, 028SW, 029SW, 030SW, 031SW, 24E,
          24G, 24I, 26P, 26Q, 24C, 26C, 26F, 26G, 24F, 26A, 24B, 24D,
28        26B, 26J, 26N, 25A, 002CS, 003CS, 010SW, 034SW, and four of
          item 032SW's DISH Network blue cards (416986, 821637, 069703,
          673556).

Stipulation Re Return of Property

1    The government may retain or dispose of the remaining property held

2  by the government in this case, including:  items 24B(4 access card

3  programmers), 24D (1 Shadow II and 3 Chamelon devices), 26A(1 Pocket

4  Blaster EEPROM Memory Eraser), 26B(1 access card programmer), 26J(1

5  Shadow II device), 26L(1 Chamelon device), and 26N(1 ISO bootloader).

6    It is further stipulated that the remaining items that have not

7  already been returned to Mr. Harrell will be returned to Mr. Harrell at

8  either the offices of the FBI in Redding, California, or the offices of

9  the Siskiyou County Sheriff's office, on a date and time within the next

10  month, that is convenient to both parties and that will be determined

11  after consultation between Mr. Harrell's counsel and the Redding FBI.

12    After return of the items to Mr. Harrell, the parties stipulate that

13  counsel for Mr. Harrell may notify this court of this fact and request

14  that this case be closed.

15  Dated: September 24, 2008

16                                    Respectfully submitted,

17

18                                    /s/ *Daniel J. Broderick*
                                      _____
19                                    DANIEL J. BRODERICK
                                      Federal Defender
20                                    Attorney for Defendant
                                      PETER T. HARRELL
21

22  Dated: September 24, 2008        MCGREGOR W. SCOTT
                                      United States Attorney
23

24                                    /s/ *Daniel J. Broderick for*
                                      _____
25                                    MATTHEW STEGMAN
                                      Attorney for Plaintiff
26

27                        **O R D E R**

28    IT IS HEREBY ORDERED that, pursuant to the stipulation of the

parties, entered on September 24, 2008, this case is stayed pending the

Stipulation Re Return of Property        2

1  return of property as indicated in the stipulation.  A status conference

2  in this matter is scheduled for October 28, 2008, at 9:15 a.m.  In the

3  event, the return of property is completed to the satisfaction of both

4  parties prior to that date, counsel shall notify the court in writing and

5  the status conference will be vacated.

6  Dated: September 25, 2008

7

8

9

10  LAWRENCE K. KARLTON
    SENIOR JUDGE
11  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re Return of Property          3