MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

PETER T. HARRELL, Defendant.

CASE NO. CR S-05-475-LKK

NOTICE TO COURT RE STATUS OF PROPERTY AND ORDER

On September 25, 2008, this Court ordered that the government return certain property in this case, mostly Dish Network equipment referred to throughout proceedings as:

001SW, 002SW, 003SW, 004SW, 005SW, 006SW, 007SW, 008SW, 009SW, 011SW, 012SW, 013SW, 014SW, 015SW, 016SW, 017SW, 019SW, 023SW, 024SW, 025SW, 026SW, 027SW, 028SW, 029SW, 030SW, 031SW, 24E, 24G, 24I, 26P, 26Q, 24C, 26C, 26F, 26G, 24F, 26A, 24B, 24D, 26B, 26J, 26N, 25A, 002CS, 003CS, 010SW, 034SW, and four of item 032SW's DISH Network blue cards (416986, 821637, 069703, 673556).

The government had previously returned certain other items to the defendant in September 2007 that the Court had ordered returned.

In following through with the Court's most recent order, the undersigned learned that the property to be returned, along with all remaining property in the case, unfortunately and previously

unbeknownst to this office, had been detroyed by the Federal Bureau of Investigation ("F.B.I.") on July 29, 2008, in the regular course of closing this case.

The F.B.I. and the undersigned discussed how to address this regrettable situation for the defendant. The government was informed by the F.B.I. that the defendant may submit a claim for the reasonable value of the property directly to the F.B.I. The F.B.I. will review the claim pursuant to F.B.I. procedure.

Upon learning that the property was destroyed, the undersigned contacted Daniel Broderick, attorney for Mr. Harrell. He expressed the need for additional time to discuss this development with Mr. Harrell, but believed that we should pursue an agreeable resolution to the issue. We agreed to seek a continuance from October 28, 2008, to December 1, 2008, at 1:30, to pursue this resolution.

DATED: October 24, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

The status conference currently set for October 28, 2008, is continued to December 1, 2008 at 1:30 p.m.

Dated: October 24, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT