DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER T. HARRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-475-LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO VACATE STATUS |
| | ) | CONFERENCE AND CLOSE CASE |
| v. | ) | |
| | ) | |
| PETER T. HARRELL, | ) | |
| | ) | Judge: Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This court currently has scheduled a status conference in this matter for Friday, February 6, 2009, at 1:30 p.m. The purpose of this conference was to determine if the parties could settle Mr. Harrell's claim for replacement costs for seized, but destroyed, property. The parties, through their respective counsel, hereby notify the court that a settlement has been reached. Mr. Harrell has completed and signed a Judgment Fund Voucher for Payment that will be submitted this week to the FBI. Attorney Brian Callihan, FBI Chief Division Counsel has indicated that upon receipt, this voucher will be approved by the FBI. The amount of the settlement that has been approved by both Mr. Harrell and the FBI is $2,660.35.

In light of the above, the parties, through their respective counsel, hereby stipulate and agree to request this court vacate the currently scheduled status conference and close this case.

Dated: February 3, 2009

Respectfully submitted,

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
PETER T. HARRELL

Dated: February 3, 2009

LARRY BROWN
Acting United States Attorney

/s/ Daniel J. Broderick for
MATTHEW STEGMAN
Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated: February 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT